UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SARAH JOANN LINDSEY,

Plaintiff,

-against-

ROCKLAND MOTORSPORT LLC,

Defendant.

**ORDER**

26-CV-00673 (PMH)

PHILIP M. HALPERN, United States District Judge:

On March 27, 2026, the Court issued an order to show cause, ordering that Defendant show cause why default judgment should not be granted. (Doc. 19). The order to show cause directed Plaintiff to serve it, together with the papers upon which it is based, by first class mail to Defendant's last known address and via the Secretary of State by April 10, 2026, and to file proof of such service by April 20, 2026. (*Id.*). On April 2, 2026, Plaintiff filed proof of service by mail to Defendant at an address in Suffern, New York. (Doc. 24). There is no affidavit of service on the Secretary of State filed on this docket.

Accordingly, Plaintiff shall, by May 20, 2026, file proof that service was effectuated upon Defendant pursuant to the order to show cause via the Secretary of State.

**SO ORDERED.**

Dated: White Plains, New York
       May 13, 2026

_____
PHILIP M. HALPERN
United States District Judge