UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------x

**SARAH JOANN LINDSEY,**                                   Case No.: 26-cv-00673

        Plaintiff,

                                                          **DEFAULT JUDGMENT**

        -against-


ROCKLAND MOTORSPORT LLC,

        Defendant

-----------------------------------------x

        This action having been commenced on January 26, 2026 by the filing of the

Summons and Complaint, and a copy of the Summons and Complaint having been

personally served on the defendant, Rockland Motorsport LLC, on February 3, 2026

by personally, serving Anthony Burris, authorized agent, with the secretary of state, and

proof of service having been

filed on February 7, 2026 and the defendant not having answered the Complaint, and the

time for answering the Complaint having expired, it is

        ORDERED, ADJUDGED AND DECREED: That the plaintiff have judgment

against defendant in the liquidated amount of $ $32,090.82 ~~with interest at _____ % from~~          *PMH*

~~(date) amounting to $~~_____ plus costs and disbursements of this action in the          *PMH*

amount of $405_____ amounting in all to $32,495.82.

Dated: ~~New York, New York~~
        White Plains, New York
        _____June 17, 2026_____

                                        _____
                                                U.S.D.J.

                                entered on _____.